# United States Court of Appeals
## For the First Circuit

No. 19-1638

CVS PHARMACY, INC.,

Plaintiff, Appellee,

v.

JOHN LAVIN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 28, 2020, is amended as follows:

On page 28, line 11, underscore "ante"

On page 30, line 9, underscore "See id."

On page 31, line 2, underscore "see id."

On page 31, line 18, underscore "id."